■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

EARL D. WILLIAMS, Appellant. [595 NYS2d 349] —Judgment unanimously affirmed. Memorandum: Defendant does not claim that his waiver of the right to appeal is constitutionally defective and we find no impediment to enforcing it *(see, People v Callahan,* 80 NY2d 273, 285). Additionally, we decline to review defendant's sentence in the interest of justice. (Appeal from Judgment of Erie County Court, Rogowski, J.— Robbery, 1st Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.